DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. THOMAS

No. 437P86.

Case below: 81 N.C. App. 200.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

STATE v. TRUEBLOOD

No. 568P86.

Case below: 82 N.C. App. 763.

Petition by defendant for writ of supersedeas and temporary stay denied 16 September 1986.

STATE v. WOODWARD

No. 353PA86.

Case below: 80 N.C. App. 725.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 28 August 1986.